**Phillip ACKLIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45708.**

Missouri Court of Appeals,
Western District.

Jan. 12, 1993.

Craig A. Johnson, State Public Defender Office, Columbia, for appellant.

William L. Webster, Atty. Gen., Aundreia R. Alexander, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from the denial of a Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**RONALD WOODS PLUMBING, INC., Respondent,**

v.

**Michael & Janet ANDERSON, d/b/a Four–A Underground Construction, Inc., Appellants.**

**No. WD 46221.**

Missouri Court of Appeals,
Western District.

Jan. 19, 1993.

James F. Crews, Tipton, for appellants.

John W. Ellinger, Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from an order sustaining respondent's motion for summary judgment.

The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Michael G. DRURY, Appellant.**

**No. WD 45515.**

Missouri Court of Appeals,
Western District.

Jan. 19, 1993.

Robert G. Duncan, Kansas City, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and KENNEDY, JJ.

ORDER

PER CURIAM.

Defendant appeals from a conviction of forgery, section 570.090.1, RSMo1986, with a sentence of a $2,000 fine.

Judgment affirmed. Rule 30.25(b).